FILED

01/24/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0473

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0473

STATE OF MONTANA,

>Plaintiff and Appellee,

v.

JAY DEE DAVISSON,

>Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 3, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 24 2025